IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                         :
                                               :    In Chapter 13
    HILDA DIANE SINGLETARY                     :
                                               :    Bankruptcy No. 13-12849 (MDC)
                        Debtor.                :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #62) which was filed on June 25, 2014.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: November 10, 2016        By: */s/ Pamela Elchert Thurmond*
                PAMELA ELCHERT THURMOND
                Deputy City Solicitor
                PA Attorney I.D. 202504
                Attorney for the City of Philadelphia
                City of Philadelphia Law Department
                Municipal Services Building
                1401 JFK Boulevard, 5th Floor
                Philadelphia, PA  19102-1595
                215-686-0508 (phone)
                Email: Pamela.Thurmond@phila.gov