**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| HILDA DIANE SINGLETARY, | Case No. 13-12849-MDC |
| Debtor. | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of PNC Bank, N.A. in the above captioned matter.

*/s/ Daniel JT McKenna*
Daniel JT McKenna, Esquire
(Attorney I.D. No. 93930)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8380
Fax: (215) 864-8999
Email:mckennad@ballardspahr.com

Dated:  December 29, 2016        *Attorneys for PNC Bank, N.A.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2016 the foregoing was filed electronically with the Clerk of Court which automatically sent electronic mail notice to all counsel of record including counsel for the Debtor.

*/s/ Daniel JT McKenna*
Daniel JT McKenna

DMEAST #27909967 v1