IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HILDA DIANE SINGLETARY         :         CHAPTER 13

         Debtor(s)                      :         BANKRUPTCY NO. 13-12849 MDC

## ORDER

AND NOW, this 21st day of March, 20017, upon consideration of application for extension of time to file brief, it is hereby ORDERED that said application is GRANTED and that debtor's counsel shall have until March 28, 2017 in which to file his brief.

*The Chapter 13 Trustee and PNC Bank shall have until April 4, 2017 to file a responsive brief.*

_____
Magdeline D. Coleman, B.J.

cc:   Irwin Trauss, Esquire
      Philadelphia Legal Assistance
      718 Arch Street, Suite 300N
      Philadelphia, PA 19102

      WILLIAM C. MILLER
      Chapter 13 Trustee
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107

      Carol A. DiPrinzio, Esquire
      BALLARD SPAHR LLP
      1735 Market Street, 51st Floor
      Philadelphia, PA 19103