IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Hilda Diane Singletary　　　: 　CHAPTER 13
　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　: 　BANKRUPTCY NO. 13-12849

　　　　　　　　　　　　　　　　　　　　　Praecipe to Withdraw
　　　　　　　　　　　　　　　　　　　　　Second Amended Plan
　　　　　　　　　　　　　　　　　　　　　docket # 111

**PRAECIPE TO WITHDRAW SECOND AMENDED PLAN**

Irwin Trauss, attorney for incompetent Debtor prior to the death of her next friend Quarleen Singletary, withdraws the document entitled *Second Amended Chapter 13 Plan of Debtor (11/09/2016)* filed on 11/09/2016 as docket item # 111.

Date: June 22, 2017　　　　　　　　/s/ Irwin Trauss
　　　　　　　　　　　　　　　　　　IRWIN TRAUSS, ESQUIRE
　　　　　　　　　　　　　　　　　　Attorney for Incompetent
　　　　　　　　　　　　　　　　　　Debtor prior to death of her
　　　　　　　　　　　　　　　　　　next friend
　　　　　　　　　　　　　　　　　　PHILADELPHIA LEGAL ASSISTANCE
　　　　　　　　　　　　　　　　　　718 Arch Street, Suite 300
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　(215) 981-3800