IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HILDA DIANE SINGLETARY          :          CHAPTER 13

        Debtor(s)          :          BANKRUPTCY NO. 13-12849 MDC

**Rule to Show Cause Why Guardian *Ad Litem* Should Not Be Appointed for Incompetent Debtor**

AND NOW, this 3rd day of August, 20017, upon consideration of the motion filed by Debtor's counsel, a Rule is entered upon all interested parties who have entered their appearance in the above captioned bankruptcy case to show cause why a guardian *ad litem* should not be appointed pursuant to F.R.B.P. 1004.1 and 9014(c) and 7017 for the incompetent Debtor and substituted for the deceased next friend of Debtor, pursuant to F.R.C.P. 25(b) or why some other order should not be entered by the court for the protection of the incompetent debtor.

A hearing is scheduled for the 7th, day of September, 2017 at 1:00 a.m./p.m. in courtroom # 2, 900 Market Street, Philadelphia, PA 19107 to consider various possible candidates to act as guardian *ad litem* and to consider what other orders may be appropriate to protect the Debtor.  All interested parties are encouraged to submit, prior to the hearing appropriate, candidates to act as guardian *ad litem* as well as suggestions for other appropriate orders that may be entered for the protection of the incompetent Debtor.  Debtors attorney is ordered to forthwith serve a copy of this Rule upon Stephen Davis, Director of Person Link who shall insure the

presence of an appropriate representative of Person Link at the hearing to inform the court of the resources available to compensate a guardian *ad litem* appointed by the court.

_Magdeline D. Coleman_
Magdeline D. Coleman, B.J.

cc:    Irwin Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19102

WILLIAM C. MILLER
Chapter 13 Trustee
1234 Market Street
Suite1813
Philadelphia, PA 19107

Carol A. DiPrinzio, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103