United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12849-mdc
Hilda Diane Singletary                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 1            Date Rcvd: Aug 07, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db             +Hilda Diane Singletary,    3823 N. Smedley Street,    Philadelphia, PA 19140-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CAROL ANN DIPRINZIO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               diprinzioc@ballardspahr.com, SummersM@ballardspahr.com
              DANIEL JT MCKENNA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               mckennad@ballardspahr.com
              IRWIN LEE TRAUSS    on behalf of Debtor Hilda Diane Singletary itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Hilda Diane Singletary itrauss@philalegal.org,
               irwin@trauss.com
              JON THEODORE PEARSON    on behalf of Defendant    PNC Bank National Association
               PearsonJ@ballardspahr.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              SARAH SCHINDLER-WILLIAMS    on behalf of Defendant    PNC Bank National Association
               SCHINDLERWILLIAMSS@BallardSpahr.com
              SARAH SCHINDLER-WILLIAMS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               SCHINDLERWILLIAMSS@BallardSpahr.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HILDA DIANE SINGLETARY        :        CHAPTER 13

          Debtor(s)                :        BANKRUPTCY NO. 13-12849 MDC

### Rule to Show Cause Why Guardian *Ad Litem* Should Not Be Appointed for Incompetent Debtor

AND NOW, this 3rd day of August, 20017, upon consideration of the motion filed by Debtor's counsel, a Rule is entered upon all interested parties who have entered their appearance in the above captioned bankruptcy case to show cause why a guardian *ad litem* should not be appointed pursuant to F.R.B.P. 1004.1 and 9014(c) and 7017 for the incompetent Debtor and substituted for the deceased next friend of Debtor, pursuant to F.R.C.P. 25(b) or why some other order should not be entered by the court for the protection of the incompetent debtor.

A hearing is scheduled for the 7th, day of September, 2017 at 1:00 a.m./p.m. in courtroom # 2, 900 Market Street, Philadelphia, PA 19107 to consider various possible candidates to act as guardian *ad litem* and to consider what other orders may be appropriate to protect the Debtor. All interested parties are encouraged to submit, prior to the hearing appropriate, candidates to act as guardian *ad litem* as well as suggestions for other appropriate orders that may be entered for the protection of the incompetent Debtor. Debtors attorney is ordered to forthwith serve a copy of this Rule upon Stephen Davis, Director of Person Link who shall insure the

presence of an appropriate representative of Person Link at the hearing to inform the court of the resources available to compensate a guardian *ad litem* appointed by the court.

*Magdeline D. Coe*
Magdeline D. Coleman, B.J.

cc:   Irwin Trauss, Esquire
      Philadelphia Legal Assistance
      718 Arch Street, Suite 300N
      Philadelphia, PA 19102

      WILLIAM C. MILLER
      Chapter 13 Trustee
      1234 Market Street
      Suite1813
      Philadelphia, PA 19107

      Carol A. DiPrinzio, Esquire
      BALLARD SPAHR LLP
      1735 Market Street, 51st Floor
      Philadelphia, PA 19103