## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| HILDA DIANE SINGLETARY | Case No. 13-12849-MDC |
| Debtor. | |
| | |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Movant, | |
| v. | |
| HILDA DIANE SINGLETARY, ELIZABETH SINGLETARY, -and- WILLIAM C. MILLER, Chapter 13 Trustee, | |
| Respondents. | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Movant PNC Bank, National Association filed a **Motion for Relief from the Automatic Stay and the Codebtor Stay to Enforce its Rights and Remedies Against Residential Real Property Commonly Known as 3823 N. Smedley Street, Philadelphia, Pennsylvania 19140** (the "Motion") [ECF No. 134] with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **August 24, 2017** you or your attorney must do all of the following:

      a.    file an answer or objection explaining your position at:

        Clerk, U.S. Bankruptcy Court
        601 Market Street, Room 2609
        Philadelphia, PA  19106

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b.    mail a copy to the movant's attorneys:

        Daniel JT McKenna, Esquire
        BALLARD SPAHR LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103

        -and-

        Matthew G. Summers, Esquire
        BALLARD SPAHR LLP
        919 N. Market Street, 11th Floor
        Wilmington, DE 19801

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **September 7, 2017, at 1:00 P.M.,** in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 597-7704 to find out whether the hearing has been canceled because no one filed an answer.

Dated: August 10, 2017.

*/s/ Daniel JT McKenna*
Daniel JT McKenna, Esquire
(Attorney I.D. No. 93930)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8380
Fax: (215) 864-8999
Email: mckennad@ballardspahr.com

-and-

Matthew G. Summers*
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel: (302) 252-4428
Fax: (302) 252-4466
summersm@ballardspahr.com
(*Admission *pro hac vice* pending)

*Attorneys for PNC Bank, National Association*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of August, 2017, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was served via first-class mail postage prepaid upon:

Irwin Lee Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300 N
Philadelphia, PA 19106
*Counsel for Debtor*

Hilda Diane Singletary
3823 N. Smedley Street
Philadelphia, PA 19140

Elizabeth Singletary
3823 N. Smedley Street
Philadelphia, PA 19140

William C. Miller, Esquire
111 South Independence Mall, Suite 583
Philadelphia, PA 19106
*Chapter 13 Trustee*

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

and all creditors and parties in interest on the attached service list.

*/s/ Daniel JT McKenna*
Daniel JT McKenna, Esquire

```
Label Matrix for local noticing        (p)CITY OF PHILA SCHOOL DISTRICT OF PHILA     Philadelphia
0313-2                                  MUNICIPAL SERVICES BUILDING                   900 Market Street
Case 13-12849-mdc                       1401 JOHN F KENNEDY BLVD 5TH FLOOR            Suite 400
Eastern District of Pennsylvania        PHILADELPHIA PA 19102-1617                    Philadelphia, PA 19107-4233
Philadelphia
Thu Aug 10 16:40:50 EDT 2017

City of Philadelphia                    Elizabeth Singletary                          Louis P. Vitti, Esquire
Dept of Water Revenue                   4434 N. Gratz Street                          215 Fourth Avenue
P.O. Box 41496                          Philadelphia, PA 19140-1028                   Pittsburgh, PA 15222-1707
Philadelphia, PA 19101-1496


Louis P. Vitti, Esquire                 National City Mortgage Company                PECO Energy Company
916 5th Avenue # 2                      3232 Newmark Dr.                              2301 Market Street, Bankruptcy Unit
Pittsburgh, PA 15219-4764               Chautauqua, OH 45342-5433                     Philadelphia, PA 19103-1380


PNC Bank                                PNC Bank NA                                   PNC Mortgage
P.O. Box 535230                         539 S. Fourth Street                          Attn: Bankruptcy Department
Pittsburgh, PA 15253-5230               Louisville, KY 40202-2535                     3232 Newmark Drive
                                                                                      Miamisburg, OH 45342-5433


PNC Mortgage                            Philadelphia Gas Works                        United States Trustee
B6-YM09-01-1, DFS Support               800W. Montgomery Avenue, Bankruptcy Unit      Office of the U.S. Trustee
P.O. Box 1820                           Philadelphia, PA 19122-2898                   833 Chestnut Street
Dayton, OH 45401-1820                                                                 Suite 500
                                                                                      Philadelphia, PA 19107-4405


Hilda Diane Singletary                  IRWIN LEE TRAUSS                              WILLIAM C. MILLER, Esq.
3823 N. Smedley Street                  Philadelphia Legal Services                   Chapter 13 Trustee
Philadelphia, PA 19140-3623             718 Arch Street                               1234 Market Street
                                        Suite 300 N                                   Suite 1813
                                        Philadelphia, PA 19106-1535                   Philadelphia, PA 19107-3704
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
City of Philadelphia                    (d)City of Philadelphia Law Department
Law Revenue Department                  Tax Unit - Bankruptcy
c/o Pamela Elchert Thurmond             Municipal Services Building
1401 JFK Boulevard                      1401 John F. Kennedy Blvd., 5th Floor
5th Floor, Municipal Services Bldg      Philadelphia, PA 19102-1595
Philadelphia, PA 19102
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PNC BANK, NATIONAL ASSOCIATION        End of Label Matrix
                                         Mailable recipients    17
                                         Bypassed recipients     1
                                         Total                  18