**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    HILDA DIANE SINGLETARY        :        CHAPTER 13

        Debtor(s)        :    BANKRUPTCY NO. 13-12849  MDC

ORDER

AND NOW, this    day of            , 2017, upon consideration of the motion filed by Debtor's counsel, and a hearing thereon and in the absence of any opposition thereto, it is hereby ORDERED and DECREED that Irwin Trauss, Esquire is appointed guardian *ad litem* for Debtor Hilda Singletary in the above captioned bankruptcy case and in all matters including contested matters arising in the bankruptcy case, but not including any adversary proceedings in the case.

This Order is entered pursuant to F.R.B.P. 1041.1, 9014(c) and 7017 and F.R.C.P. 17(c)(2) and is necessitated by the death of Quarleen Singletary who initially filed the instant bankruptcy in her capacity as the next friend of Debtor.  The death of Quarleen Singletary required the appointment of a successor personal representative to act for the incompetent Debtor.

                                                _____
                                                Magdeline D. Coleman, B.J.