United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Hilda Diane Singletary
    Debtor

Case No. 13-12849-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Sep 11, 2017
                  Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
db         +Hilda Diane Singletary,    3823 N. Smedley Street,    Philadelphia, PA 19140-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 12 2017 02:47:22     City of Philadelphia,
            City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
            Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2017 02:47:02
            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
            Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2017 02:47:18     U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Sep 12 2017 02:47:22     City of Philadelphia,
            Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
            5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
                                                                                                                         TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
         CAROL ANN DIPRINZIO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         diprinzioc@ballardspahr.com,    SummersM@ballardspahr.com
         DANIEL JT MCKENNA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         mckennad@ballardspahr.com
         IRWIN LEE TRAUSS    on behalf of Debtor Hilda Diane Singletary itrauss@philalegal.org,
         irwin@trauss.com
         IRWIN LEE TRAUSS    on behalf of Plaintiff Hilda Diane Singletary itrauss@philalegal.org,
         irwin@trauss.com
         JON THEODORE PEARSON    on behalf of Defendant    PNC Bank National Association
         PearsonJ@ballardspahr.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
         SARAH SCHINDLER-WILLIAMS    on behalf of Defendant    PNC Bank National Association
         SCHINDLERWILLIAMSS@BallardSpahr.com
         SARAH SCHINDLER-WILLIAMS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         SCHINDLERWILLIAMSS@BallardSpahr.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                      TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    HILDA DIANE SINGLETARY    :    CHAPTER 13

    Debtor(s)    :    BANKRUPTCY NO. 13-12849 MDC

ORDER

AND NOW, this 8th day of September, 2017, upon consideration of the motion filed by Debtor's counsel, and a hearing thereon and in the absence of any opposition thereto, it is hereby ORDERED and DECREED that Irwin Trauss, Esquire is appointed guardian *ad litem* for Debtor Hilda Singletary in the above captioned bankruptcy case and in all matters including contested matters arising in the bankruptcy case. ~~but not including any adversary proceedings in the case~~.

This Order is entered pursuant to F.R.B.P. 1041.1, 9014(c) and 7017 and F.R.C.P. 17(c)(2) and is necessitated by the death of Quarleen Singletary who initially filed the instant bankruptcy in her capacity as the next friend of Debtor. The death of Quarleen Singletary required the appointment of a successor personal representative to act for the incompetent Debtor.

_Magdeline D. Coleman_
Magdeline D. Coleman, B.J.

Case 13-12849-mdc    Doc 144    Filed 09/13/17    Entered 09/14/17 01:19:12    Desc
Imaged Certificate of Notice    Page 3 of 3