United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hilda Diane Singletary  
    Debtor

Case No. 13-12849-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 19, 2017  
                     Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.  
db        +Hilda Diane Singletary,   3823 N. Smedley Street,    Philadelphia, PA 19140-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg       E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:36    City of Philadelphia,  
        City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
        Philadelphia, PA  19102-1595  
smg       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 01:45:00  
        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
        Harrisburg, PA  17128-0946  
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2017 01:45:28    U.S. Attorney Office,  
        c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr        E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:35    City of Philadelphia,  
        Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,  
        5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102  
                                                                                                                            TOTAL: 4

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on September 19, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        CAROL ANN DIPRINZIO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         diprinzioc@ballardspahr.com,   SummersM@ballardspahr.com  
        DANIEL JT MCKENNA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         mckennad@ballardspahr.com  
        IRWIN LEE TRAUSS    on behalf of Debtor Hilda Diane Singletary itrauss@philalegal.org,  
         irwin@trauss.com  
        IRWIN LEE TRAUSS    on behalf of Plaintiff Hilda Diane Singletary itrauss@philalegal.org,  
         irwin@trauss.com  
        JON THEODORE PEARSON    on behalf of Defendant    PNC Bank National Association  
         PearsonJ@ballardspahr.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
         james.feighan@phila.gov  
        SARAH  SCHINDLER-WILLIAMS    on behalf of Defendant    PNC Bank National Association  
         SCHINDLERWILLIAMSS@BallardSpahr.com  
        SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         SCHINDLERWILLIAMSS@BallardSpahr.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                     TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| HILDA DIANE SINGLETARY, | Case No. 13-12849-MDC |
| Debtor. | |
| PNC BANK, N.A., | |
| Movant, | |
| v. | |
| HILDA DIANE SINGLETARY, ELIZABETH SINGLETARY, -and- WILLIAM C. MILLER, Chapter 13 Trustee, | |
| Respondents. | |

**CONSENT ORDER GRANTING MOTION BY PNC BANK, N.A., FOR RELIEF FROM THE AUTOMATIC STAY AND THE CODEBTOR STAY TO ENFORCE ITS RIGHTS AND REMEDIES AGAINST RESIDENTIAL REAL PROPERTY COMMONLY KNOWN AS 3823 N. SMEDLEY STREET, PHILADELPHIA, PENNSYLVANIA 19140**

UPON CONSIDERATION of the Motion by PNC Bank, N.A. ("PNC"), for Relief from the Automatic Stay and the Codebtor Stay to Enforce Its Rights and Remedies Against Residential Real Property Commonly Known as 3823 N. Smedley Street, Philadelphia, Pennsylvania 19140 (the "Motion") and the agreement and consent of PNC and Hilda Diane Singletary (the "Debtor") by and through Irwin Trauss, who was appointed as the Debtor's

guardian *ad litem* in this bankruptcy case pursuant to an Order entered by this Court on September 11, 2017, to the entry of this Order; the chapter 13 trustee and codebtor having filed no response or opposition to the Motion; it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania, hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is immediately terminated to permit PNC and its successors and assigns (the "Lender"), to exercise its rights and remedies against the collateral securing the Lender's claim, including, without limitation, the right to pursue its in rem state court remedies, foreclose on the Property (as defined in the Motion), have the Property sold at a Sheriff's sale, apply the proceeds (if any) from such sale to the amounts owed by the Debtor to the Lender, and have any purchaser of the Property at Sheriff's sale (or purchaser's assignee) take any legal action for enforcement of its right to possession of the Property; and it is further

ORDERED, that, to the extent the codebtor stay applies, the codebtor stay imposed by 11 U.S.C. § 1301(a) is immediately terminated to permit Lender to exercise its non-bankruptcy rights and remedies against non-debtor, Elizabeth Singletary, and to exercise its rights and remedies against the collateral securing the Lender's claim, including, without limitation, the right to pursue its in rem state court remedies, foreclose on the Property (as defined in the Motion), have the Property sold at a Sheriff's sale, apply the proceeds (if any) from such sale to the amounts owed by the Debtor to the Lender, and have any purchaser of the Property at Sheriff's sale (or purchaser's assignee) take any legal action for enforcement of its right to possession of the Property; and it is further

ORDERED, that the fourteen day stay of this Order be and hereby is waived.

2

CONSENTED TO BY:

/s/ Irwin Trauss
Irwin Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19106
Tel: (215) 981-3811
Email: itrauss@philalegal.org

*Attorneys for Debtor and Guardian
ad litem for Debtor*

/s/ Matthew G. Summers
Matthew G. Summers, Esquire*
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4428
Email: summersm@ballardspahr.com

*Attorneys for PNC Bank, N.A.*

SO ORDERED:

Dated: September 14, 2017

Magdeline D. Coleman
United States Bankruptcy Judge

cc:

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034

Irwin Lee Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300 N
Philadelphia, PA 19106

William C. Miller, Esquire
111 South Independence Mall, Suite 583
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

3