# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> HILDA DIANE SINGLETARY, <br><br> Debtor. | Chapter 13 <br><br> Case No. 13-12849-MDC |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,**
*PRO HAC VICE*, **OF MATTHEW G. SUMMERS**

Upon consideration of the Motion for Admission to Practice, *Pro Hac Vice*, of Matthew G. Summers,

It is hereby ordered that the Motion is GRANTED and Matthew G. Summers is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Dated: October 18, 2017

*Magdeline D. Coleman*

The Honorable Magdeline D. Coleman
United States Bankruptcy Judge