# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-12849-MDC

HILDA DIANE SINGLETARY

3823 N. SMEDLEY ST

PHILADELPHIA, PA 19140-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  HILDA DIANE SINGLETARY

  3823 N. SMEDLEY ST

  PHILADELPHIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

  IRWIN LEE TRAUSS
  718 ARCH ST
  SUITE 300 N
  PHILADELPHIA, PA 19106-

Date: 11/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee