## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**HILDA DIANE SINGLETARY** :
: BANKRUPTCY NO. **13-12849 MDC**
Debtor (s)

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 2/15/2018 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: January 16, 2018              /s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105