# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> HILDA DIANE SINGLETARY, <br><br> Debtor. | Chapter 13 <br><br> Case No. 13-12849-MDC <br><br> Related to Docket No. 151 |

## PRAECIPE TO WITHDRAW PNC BANK, N.A.'S
## OBJECTION TO DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN

PLEASE TAKE NOTICE that the Objection of PNC Bank, N.A. ("PNC") to Debtor's Third Amended Chapter 13 Plan [Dkt. No. 151] is hereby withdrawn. Consistent with the agreement placed on the record at the hearing conducted on the Debtor's Third Amended Chapter 13 Plan on November 2, 2017, the Debtor's Fourth Amended Chapter 13 Plan (the "Plan") [Dkt. No. 158] expressly states that PNC's claims are not provided for under the Plan and that the Plan does not impact the Order granting PNC relief from the automatic stay previously entered by this Court. As a result, PNC's objection has been resolved.

Dated: January 18, 2018

*/s/ Carol A. DiPrinzio*
Carol A. DiPrinzio
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8380
Fax: (215) 864-8999
Email:diprinzioc@ballardspahr.com

*Attorneys for PNC Bank, N.A.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 18, 2018, the foregoing was filed electronically with the Clerk of Court which automatically sent electronic mail notice to all counsel of record including counsel for the Debtor.

Dated: January 18, 2018                                      */s/ Carol D. DiPrinzio*
                                                                                  Carol A. DiPrinzio