United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hilda Diane Singletary  
    Debtor

Case No. 13-12849-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 17, 2018  
                      Form ID: 160     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.  
db       +Hilda Diane Singletary,    3823 N. Smedley Street,    Philadelphia, PA 19140-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:21    City of Philadelphia,  
     Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,  
     5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102  
                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:  
      ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      CAROL ANN DIPRINZIO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION diprinzioc@ballardspahr.com, SummersM@ballardspahr.com  
      DANIEL JT MCKENNA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION mckennad@ballardspahr.com  
      IRWIN LEE TRAUSS    on behalf of Debtor Hilda Diane Singletary itrauss@philalegal.org, irwin@trauss.com  
      IRWIN LEE TRAUSS    on behalf of Plaintiff Hilda Diane Singletary itrauss@philalegal.org, irwin@trauss.com  
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      JON THEODORE PEARSON    on behalf of Defendant    PNC Bank National Association PearsonJ@ballardspahr.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
      SARAH SCHINDLER-WILLIAMS    on behalf of Defendant    PNC Bank National Association SCHINDLERWILLIAMSS@BallardSpahr.com  
      SARAH SCHINDLER-WILLIAMS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION SCHINDLERWILLIAMSS@BallardSpahr.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                    TOTAL: 14

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Hilda Diane Singletary

    Debtor(s)

Case No: 13–12849–mdc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

    on: 2/15/18

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 1/17/18

    For The Court

    Timothy B. McGrath
    Clerk of Court