United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-12849-mdc
Hilda Diane Singletary                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2           Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db             +Hilda Diane Singletary,    3823 N. Smedley Street,    Philadelphia, PA 19140-3623
13010901       +Elizabeth Singletary,    4434 N. Gratz Street,    Philadelphia, PA 19140-1028
13010902       +Louis P. Vitti, Esquire,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13010903       +Louis P. Vitti, Esquire,    916 5th Avenue # 2,    Pittsburgh, PA 15219-4764
13010904       +National City Mortgage Company,    3232 Newmark Dr.,    Chautauqua, OH 45342-5433
13010907        PNC Bank,   P.O. Box 535230,    Pittsburgh, PA 15253-5230
13010908       +PNC Bank NA,    539 S. Fourth Street,    Louisville, KY 40202-2535
13098254       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
13010909        PNC Mortgage,   B6-YM09-01-1, DFS Support,    P.O. Box 1820,    Dayton, OH 45401-1820
13010906       +Philadelphia Gas Works,    800W. Montgomery Avenue, Bankruptcy Unit,
                 Philadelphia, PA 19122-2898
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:21     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13010900        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:21     City of Philadelphia,
                 Dept of Water Revenue,    P.O. Box 41496,   Philadelphia, PA 19102
13086562        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:21
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,   Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13010905       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2018 03:23:59     PECO Energy Company,
                 2301 Market Street, Bankruptcy Unit,    Philadelphia, PA 19103-1380
                                                                                             TOTAL: 7
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CAROL ANN DIPRINZIO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               diprinzioc@ballardspahr.com, SummersM@ballardspahr.com
              DANIEL JT MCKENNA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               mckennad@ballardspahr.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Hilda Diane Singletary itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Debtor Hilda Diane Singletary itrauss@philalegal.org,
               irwin@trauss.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JON THEODORE PEARSON    on behalf of Defendant    PNC Bank National Association
               PearsonJ@ballardspahr.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION SCHINDLERWILLIAMSS@BallardSpahr.com
        SARAH  SCHINDLER-WILLIAMS    on behalf of Defendant    PNC Bank National Association SCHINDLERWILLIAMSS@BallardSpahr.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Hilda Diane Singletary
        Debtor(s)　　　　　　　　　　　　　　Bankruptcy No: 13−12849−mdc
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 11/15/18

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　175 − 174
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new