United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-12849-mdc
Hilda Diane Singletary                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Dec 10, 2018
                             Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db            +Hilda Diane Singletary,    3823 N. Smedley Street,    Philadelphia, PA 19140-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CAROL ANN DIPRINZIO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           diprinzioc@ballardspahr.com,  SummersM@ballardspahr.com
          DANIEL JT MCKENNA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           mckennad@ballardspahr.com
          IRWIN LEE TRAUSS    on behalf of Debtor Hilda Diane Singletary itrauss@philalegal.org,
           irwin@trauss.com
          IRWIN LEE TRAUSS    on behalf of Plaintiff Hilda Diane Singletary itrauss@philalegal.org,
           irwin@trauss.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JON THEODORE PEARSON    on behalf of Defendant    PNC Bank National Association
           PearsonJ@ballardspahr.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          SARAH SCHINDLER-WILLIAMS    on behalf of Defendant    PNC Bank National Association
           SCHINDLERWILLIAMSS@BallardSpahr.com
          SARAH SCHINDLER-WILLIAMS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           SCHINDLERWILLIAMSS@BallardSpahr.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                                          Chapter: 13

    Hilda Diane Singletary

Debtor(s)                                                       Case No: 13−12849−mdc

---

### ORDER

AND NOW, 12/10/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy Court